### UNITED STATES of America, Plaintiff–Appellee,

v.

### Clifton Anthony GRANT, a/k/a Cliff, Defendant–Appellant.

#### No. 02–6505.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 7, 2002.

Clifton Anthony Grant, Appellant Pro Se. Michael Edward Rich, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifton Anthony Grant appeals the district court's order denying his motion for review of his sentence and a subsequent order denying his motion for reconsideration of his sentence. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Grant*, No. CR–99–292–A (E.D. Va. Mar. 6, 2002; Mar. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*